PREET BHARARA
United States Attorney for the
Southern District of New York
By: JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2639
Facsimile:  (212) 637-2750
E-mail: Jacob.lillywhite@usdoj.gov

15 MISC 219

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                              :
                                                    :        APPLICATION FOR AN
                                                    :        *EX PARTE* ORDER PURSUANT
LETTER ROGATORY FOR                                 :        TO 28 U.S.C. § 1782(a)
INTERNATIONAL JUDICIAL                              :
ASSISTANCE FROM THE FOURTH                          :        M 11-120
JUDICIAL DISTRICT OF NUEVO LEON,                    :
MEXICO, IN THE MATTER OF                            :
JOSE LUIS PRADO DIAZ AND MARIA                      :
DE LOURDES AYALA v. AGUSTINA                        :
PRADO DIAZ                                          :
-----------------------------------------------------------x

RECEIVED JUL 21 2015 CASHIER'S OFFICE S.D.N.Y.

Upon the accompanying declaration of Jacob Lillywhite, executed on July 21,

2015, the United States of America, by its attorney, Preet Bharara, United States Attorney for the

Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a),

appointing Jacob Lillywhite, Assistant United States Attorney, as Commissioner for the purpose

of obtaining information as requested by a letter rogatory for International Judicial Assistance

from the Fourth Judicial District of Nuevo Leon, Mexico, seeking information from Banorte-Ixe

Securities International, Ltd., in New York, New York, in connection with a proceeding pending in

that court captioned *Jose Luis Prado Diaz & Maria de Lourdes Ayala v. Agustina Prado Diaz*.

Dated: New York, New York
July 21, 2015

                               Respectfully submitted,

                               PREET BHARARA
                               United States Attorney for the
                               Southern District of New York

By: _____
       JACOB LILLYWHITE
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel: (212) 637-2639
       Fax: (212) 637-2750
       Email: Jacob.lillywhite@usdoj.gov